NO. CR1401075

| STATE OF TEXAS | § | IN THE COUNTY COURT |
|---|---|---|
| | § | |
| | § | |
| vs. | § | AT LAW NO. _ OF |
| | § | |
| MILTON EDWARD GRIGGS | § | HUNT COUNTY, TEXAS |

2015 FEB 19
FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/26/2015 AM
DEBBIE AUTREY

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Milton Edward Griggs, Defendant in the above styled and numbered cause, by and through his Court Appointed Trial Attorney, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Milton Edward Griggs.

Respectfully submitted,

_____
Milton Edward Griggs, Defendant

Jack L. Paris, Jr., P.C.
3101 Joe Ramsey Blvd. Ste. 101
P.O. Box 8277
Greenville, Texas 75404
903-455-5797 office
903-455-6205 facsimile

By: _____
Jack L. Paris, Jr.
State Bar No. 15461500
Court Appointed Trial Counsel for Defendant

Notice of Appeal
Griggs – 42454

Page 1 of 2

## CERTIFICATE OF SERVICE

This is to certify that on February _19_, 2015, a true and correct copy of the above and foregoing document was served by hand delivery on the Hunt County Attorney, Hunt County Courthouse, Greenville, Texas by hand delivery.

Jack L. Paris, Jr.

## NOTICE OF APPEAL-CRIMINAL FORM

### NO. CR1401075

| | |
|---|---|
| THE STATE OF TEXAS | IN THE HUNT COUNTY |
| VS. | COURT OF LAW #1 |
| MILTON EDWARDS GRIGGS | HUNT COUNTY, TEXAS |

-----------------------------------------------------------------------------------------------------------------

DATE NOTICE OF APPEAL FILED: FEBURARY 19, 2015

OFFENSE: FAIL TO IDENTIFY-FUGITIVE FROM JUSTICE

GUILTY OR NOLO PLEA:  GUILTY        PLEA BARGAIN:  NO

DATE OF SENTENCE (OR APPEALABLE ORDER): FEBURARY 13, 2015

SENTENCE IMPOSED: FEBURARY 13, 2015

DATE OF MOTION FOR NEW TRIAL, IF FILED:

NAME OF TRIAL COURT JUDGE: TIMOTHY S. LINDEN

NAME OF COURT REPORTER: CHER PERRY

NAME OF DEFENSE ATTORNEY ON APPEAL: JESSICA EDWARDS

ADDRESS: P.O. BOX 9318 CITY, STATE, ZIP: GREENVILLE, TX. 75404

DEFENSE ATTORNEY ON APPEAL: X APPOINTED __ RETAINED __ PRO SE

STATE ATTORNEY ON APPEAL: JEFF KOVACH

CUSTODY STATUS: IN CUSTODY

APPEAL BOND SET AT: $7,500.00